# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 509 EAL 2015
                                      :

              Respondent : 

                                        : Petition for Allowance of Appeal from
                                        : the Order of the Superior Court

                v. : 

                                        :

FARUQ ROBINSON, :

              Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.


    Mr. Justice Eakin did not participate in the decision of this matter.